**08 CIV 6125**

*JUDGE LEISURE*

358-08/PJG/BGC

FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
MARDENIZ DENIZCILIK ISLETMERLERI AS
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Peter J. Gutowski (PG 2200)
Barbara G. Carnevale (BC 1651)

*RECEIVED JUL 03 2008*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MARDENIZ DENIZCILIK ISLETMERLERI AS,

                Plaintiff,

   - against –

PEGASE INTERNATIONAL S.A.,

               Defendant.
-----------------------------------------------------------x

08 Civ _____ ( )

**RULE 7.1 STATEMENT**

    The Plaintiff, Mardeniz Denizcilik Isletmerleri AS by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure (formerly Local General 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, undersigned counsel certifies that Plaintiff is not a publicly traded entity and no publicly held company owns 10% or more of its stock.

Dated: New York, New York
       July 3, 2008

                                    FREEHILL HOGAN & MAHAR, LLP
                                    Attorneys for Plaintiff

                        By: _____
                              Peter J. Gutowski (PG 2200)
                              Barbara G. Carnevale (BC 1651)
                              80 Pine Street
                              New York, NY 10005
                              Telephone: (212) 425-1900
                              Fax: (212) 425-1901

NYDOCS1/307654.1