UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
MARDENIZ DENIZCILIK ISLETMERLERI AS,  :
: 
:   ECF
           Plaintiff,                 :   **NOTICE OF**
:   **APPEARANCE**
     -against-                        :   08 Civ. 6125
:
:
PEGASE INTERNATIONAL S.A.,            :
:
           Defendant.                 :
------------------------------------------------------------------x

DEFENDANT PEGASE INTERNATIONAL S.A. hereby appears in the within action by their counsel Llorca & Hahn LLP.

Dated: July 30, 2008

_____
Manuel R. Llorca (ML4034)
Llorca & Hahn LLP
8 Watering Lane
Norwalk, CT 06850-4418
Telephone 203 642 7321
Fax 203 642 7322
Email m.llorca@llorcahahn.com