358-08/PJG/BGC
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
MARDENIZ DENIZCILIK ISLETMERLERI AS
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Peter J. Gutowski (PG 2200)
Barbara G. Carnevale (BC 1651)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MARDENIZ DENIZCILIK ISLETMERLERI AS,

               Plaintiff,

- against -

PEGASE INTERNATIONAL S.A.,

               Defendant.
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/08

08 Civ. 6125 (PKL)

**STIPULATION AND ORDER
OF DISMISSAL AND
VACATUR OF ATTACHMENT**

On consent of the parties, the above-entitled action is hereby discontinued pursuant to F.R.C.P. 41 (a) (2) without cost to any party and the attachment issued in this action is hereby vacated and withdrawn. Any garnishee who is restraining funds pursuant to the attachment issued in this action is directed to release those funds from restraint.

So Ordered:   8/27/08

_____
U.S.D.J.

NYDOCS1/310184.1

Dated: August 7, 2008

The parties hereto consent to entry of the foregoing Order.

FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff

By: *[signature]*
Peter J. Gutowski (PG-2200)
80 Pine Street
New York, New York 10005
(212) 425-1900
gutowski@freehill.com


Llorca and Hahn, LLC
Attorneys for Defendant
PEGASE INTERNATIONAL S.A.

By: *[signature]*
Manuel R. Llorca, Esq. (ML4034)
8 Watering Ln
Norwalk, CT 06850-4418
203-642-7321
m.llorca@llorcahahn.com

NYDOCS1/310184.1